UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 18-CR-10166-DPW |
| | ) | |
| JUAN DAVID | ) | |

### MOTION TO SELF-REPORT

Now comes the Defendant, Mr. Juan David, who respectfully moves that, in the event that this Honorable Court sentences him to a term of incarceration, he be allowed to self-report to the prison designated by the Bureau of Prisons.

In support of this request, the Defendant states that he pled to a one count indictment charging Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g). The Court deferred acceptance of the guilty plea until the sentencing hearing date.

Mr. David was released on May 7, 2018 on conditions including drug treatment and later to maintain a residence at the family home of girlfriend in Newton, MA.

During the pendency of this case Mr. David has taken his conditions of release and drug treatment tremendously seriously. We ask the Court consider our Sentencing Memorandum, filed on September 12, 2019 for further detail concerning Mr. David's progress while on release.

The additional weeks of time in the community would have a positive impact on his family with little risk to the community or the Court.

We believe that 18 U.S.C. § 3145(c) modifies § 3143 in a manner that allows the court to permit an individual to self-report under these circumstances. § 3145(c) states: "A

person subject to detention pursuant to section 3143(a)(2) or (b)(2), and who meets the conditions of release set forth in section 3143(a)(1) or (b)(1), may be ordered released, under appropriate conditions, by the judicial officer, if it is clearly shown that there are exceptional reasons why such person's detention would not be appropriate."

For these reasons we respectfully request that Mr. David be permitted to self-report to the prison designated by the Bureau of Prisons.[1]

        Respectfully submitted,

        JUAN DAVID
        By his Attorney

        Respectfully submitted,

        */s/ Jessica Thrall*
        Jessica Thrall,
        B.B.O.: 670412
        Assistant Federal Public Defender
        51 Sleeper Street, 5th Floor
        Boston, MA  02210
        Tel: 617-223-8061

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 15, 2019.

        */s/ Jessica Thrall*
        Jessica Thrall

---

[1] The Defendant would cite to other cases in this District which are so-called 'mandatory detention' cases where the Court has been willing to allow a self-report: U.S. v. Sharik Mendes, 16-CR-10210-DPW.